HATTIE ADKINSON, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Adkinson* v. *State of New York,* 114 App. Div. 249, affirmed.
(Submitted January 25, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1906, which affirmed a determination of the Court of Claims awarding damages to the plaintiff for injuries to growing crops arising from the flooding of lands by water discharged from the Erie canal.

*Julius M. Mayer,* Attorney-General (*Willis H. Tennant* of counsel), for appellant.

*James Wright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.